842

*pendent Linen Service Company of Arkansas,* 237 Ark. 877, 377 S. W. 2d 34; and *McLeod* v. *Meyer,* 237 Ark. 173, 372 S. W. 2d 220. In the last case, we were requested, if we felt that the 5-year restriction was too long, to extend the protection for a lesser period of time. We declined, pointing out that courts have no authority to vary the terms of a written agreement, for to do so would simply be to make a new contract between the parties. We have repeatedly held that this will not be done. *Refrigeration Discount Corp.* v. *Haskew,* 194 Ark. 549, 108 S. W. 2d 908; *Roth* v. *Prewitt,* 225 Ark. 466, 283 S. W. 2d 155.

The Chancellor was correct in dismissing the complaint for an injunction.

Affirmed.

Harberson *v.* Wolfe, Judge

5-3892                                    402 S. W. 2d 643

Opinion delivered May 16, 1966

[Rehearing denied June 6, 1966.]

*Donald Poe,* for petitioners and appellants.

*Warner, Warner, Ragon & Smith,* for respondent and appellees.

HARBERSON *v.* YOES

5-3893

Opinion delivered May 16, 1966

*Donald Poe,* for petitioners and appellants.

*Warner, Warner, Ragon & Smith,* for respondent and appellees.

CARLETON HARRIS, Chief Justice. This litigation involves the construction of Ark. Stat. Ann. § 27-301 (Repl. 1962). The facts are as follows:

Bernice Harberson, a resident of Scott County, Arkansas, while driving an automobile owned by her husband, Lloyd Harberson, was involved in a collision with a truck operated by Ellis G. Yoes, the collision occurring in Scott County. Accompanying Yoes at the time of the collision was Charles Mankin. According to a complaint subsequently filed by the Harbersons, Mankin was on a joint venture with Yoes, and the truck bore signs of Yoes' Printing and Lithographing Company. The collision occurred on March 19, 1965.

On Thursday afternoon, March 25, 1965, Ellis Yoes, Charles Mankin, residents of Sebastian County, and the Franklin Printing Company, a corporation d/b/a Yoes Printing and Lithographing Company in Fort Smith (hereinafter called ''Respondents''), instituted their complaint in the Sebastian Circuit Court against Bernice and Lloyd Harberson (Fort Smith District). Summons